UNITED STATES DISTRICT COURTHOUSE
- WESTERN DISTRICT -

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 0 8 2026
DANIEL J. McCOY, CLERK
BY: [signature]

DENNIS RAY DAVIS JR
LA. DOC# 469547

CIVIL ACTION NO.
5:26-cv-1978 SEC P

SECTION

V.

DISTRICT JUDGE.

CHIEF WARDEN/UNIT HEAD
MICHELLE DAUZAT ET AL
DWCC PRISON OFFICIALS

MAGISTRATE JUDGE.

REQUEST FOR EMERGENCY RELIEF
MOTION FOR TRO AND COURT
ORDER FOR EXPEDITE PRELIMINARY IN
COURT HEARING TO PREVENT SERIOUS
IMMEDIATE PERSONAL INJURY/HEALTH
- AND PERSONAL SAFETY -

RESPECTFULLY SUBMITTED
BY: [signature]
MR. DENNIS RAY DAVIS JR
LA. DOC# 469547
DAVID WADE CORRECTIONAL

MEMORANDUM OF UNDERSTANDING.

1.) ON MAY 6th, 2026 DWCC PRISON OFFICIALS SGT. WYATT HAD MADE THREATS TOWARDS PLAINTIFF FOR EXERCISING HIS FIRST AMENDMENT PROTECTED CONDUCT ACCESSING THE PRISON GRIEVANCE SYSTEM INVOLVING DWCC NORTH. COMPOUND ASST. WARDEN WALTER TOLIVER AND COLONEL VINCENT COLEMAN); AND LT. COL. (LAQOE HILL) IN VIEW OF SGT. WYATT'S THREAT OF YOU GOING TO GET FUCK UP. SEE: ORIGINAL 1ST STEP A.R.P. ACCEPTED ON 5/26/2026 IN DWCC - CASE# 2026-0293. ASSERTING RETALIATION CLAIMS.

2.) ON JUNE 2ND, 2026 PRISONER DAVIS WHOM SUFFERS WITH SERIOUS PHYSICAL DISABILITIES & HANDICAPS FROM INJURIES PRIOR TO INCARCERATION AFTER. TAMMY WYND LAW LIBRARY SUPERVISOR APPROVED ACCESS TO LAW LIBRARY TO MEET COURT FILING DEADLINES IN U.S. FIFTH-CIRCUIT CASE# 26-30262 HABEAS APPELLATE ACTION THE (SAME) SGT. WYATT'S ORDERED PLAINTIFF TO GO TO SECURITY OFFICE IN WHICH OFFICIAL FABRICATED A (NEW) STATUS (TO)

CONCLUSION OF PRISONER
MOTION / ATTACHMENT
(A) -

THE PRISON OFFICIALS ARE SEEKING TO CAUSE SERIOUS PERSONAL PHYSICAL INJURIES ACTING WITH UNREASONABLE DELIBERATE INDIFFERENCE AND CALLOUS DISREGARD PERSONAL SAFETY + HEALTH TAMPERING/ALTERING. DUTY STATUS INTENTIONALLY OBSTRUCTING AND REMOVING FROM THE RECORDS MEDICAL DUTY RESTRICTION WITHOUT ANY DOCTOR/ MEDICAL EXAMINATION' IN VIOLATION OF 8TH AMENDMENT

— PRAYER —

REQUEST FOR COURT TO GRANT EXPEDITE TRO AND PRELIMINARY HEARINGS ON MERITS IMMEDIATE DANGER. TO PERSONAL HEALTH + SAFETY AND INJURIES (RISK) INVOLVING THE ONGOING THREATS, AND RETALIATION BY DWCC PRISON OFFICIALS ON "NORTH-COMPOUND"!

RESPECTFULLY 2026
BY [signature]
DENNIS K. DA
LA DOC # 469947