LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2026 -0293

TO: DENNIS DAVIS 469947
Offender's Name and Number

H1A
Living Quarters

5/6/26
Date of Incident

X ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

REJECTED: Your request has been rejected for the following reason(s):

05/26/2026
Date

Sarah Nalitt
Warden's Signature or Designee

APPENDIX OF EXHIBIT
(A.)

REQUEST FOR EMERGENCY SCREENING
A.R.P. REVIEWS

Form B-05-005-ARP-1
10 July 2013

## ADMINISTRATIVE REMEDY PROCEDURE

THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Demars Ray Davis
Offender's Name DOC # 469947

6/3/2026
Date of Incident/Complaint

DWCC LAW LIBRARY
Place and Time of Incident/Complaint

TIME OF EVENTS
12:40 - 12:45

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

PRISONER (DAVIS) WITH SERIOUS PHYSICAL DISABILITIES & HANDICAPS AFTER BEING APPROVED BY TAMMY WYNN LAW LIBRARY SUPERVISOR TO ACCESS THE LAW LIBRARY AT (12:40) TO MEET FILING DEADLINES TO US FIFTH - CIRCUIT (CASE# 26-30262) ALLEGEDLY DUE TO HAIR ??... SGT. WAYATT AT (12:42) ORDERED ME TO NORTH SECURITY UPON ARRIVAL IN NORTH SECURITY @ (12:45) LT. COL. HILL & ASS'T WARDEN KIMBALL SERVED "ALTERED" DUTY STATUS WITHOUT ANY MEDICAL EXAMINATION FOR NEW DUTY STATUS.

Offender's Signature DOC # 469947

6/3/2026
Date

WHICH ON IT'S FACE SHOWS RECKLESSLY & DELIBERATE INDIFFERENCE / CALLOUS DISREGARD FOR MY PERSONAL HEALTH & SAFETY

TO: ______________________________
Offender's Name and DOC #

( ) ACCEPTED: Please respond to the offender within 40 days/Five days for PREA.

( ) REJECTED: Your request has been rejected for the following reason:

______________________________

______________________________

Date ______________ ARP Screening Officer ______________

(COPY) APPENDIX OF EXHIBIT (B.)

CASE NUMBER: DWCC-2025-0621

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: DAVIS, DENNIS 469947 H1A
Living Quarters

Response to request dated 10/6/25, received in this office on 10/13/2025

I have reviewed your grievance that was dated 10 September 2025 concerning your allegations that you were retaliated on and singularly targeted by Colonel Vincent Coleman, Major LaJoe Hill, Captain Yolanda Mosi, and MSgt. Vashon Hambrick. You claim that these officers confiscated legal materials that were records of pending court cases. I have received correspondence from all officers listed in your grievance. Upon speaking with the officers, your bed area was not in compliance with DWCC USOPP #006. There was an excessive amount of legal work surrounding your bed area as well as three additional locker boxes. You were given the option to go through the property and decide which items you wanted to send home, destroy, and/or keep. Also, there were various amounts of legal materials that belonged to other inmates. Being that you are not assigned to the law library, you are not authorized to work on other inmate's legal cases. In conclusion, you have not presented any verifiable information to substantiate your claims or discredit the statements of these officers. Due to the above mentioned, your grievance is deemed to be without merit and no further administrative intervention is planned at this level.

Prepared by: Tyrone Mays, Assistant Warden

11.7.25
Date

Brenda Acklin, dw
Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(X) I am not satisfied with this response and wish to proceed to Step Two. Prison Official Failure To Comply with Mandatory Reporting Procedures DWCC Directive Form No. 123-7
Reason: For Confiscating Property Asserting Violating DOC MANDATORY POLICY The Screening Response Fail To Address Any The Asserted Claim's 1st. Amendment Retaliations Claims For Excercising Right To Courts Through Gaining Access to Prison Law Library In Accord with DWCC-(USOPP) No.# 003 (A)-(D) And Filing Grievance To Chief Warden Dauzat Against Assit. Warden Toliver Lead to (B) Shift Team Taking Property

November 12th, 2025
Date

Offender's Signature DOC# 469947

APPENDIX OF EXHIBIT (C).