NOT RESPONISBLE FOR CONTENTS

JUN 03 2026

DWCC

Mr. Dennis Ray Davis Jr.
LA. DOC# 469947
David Wade Correction Center
670 Bellhill Rd, Homer LA -
Zip Code 71040

SHREVEPORT LA 710
4 JUN 2026 PM 2 L

Freedom 250

USA FOREVER

-Legal Mail-

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUN 08 2026
DANIEL J. McCOY, CLERK
BY:

-Legal Mail-

United States District
-Court House-
300 Fannin Street Ste# 1167
-Shreveport, Louisiana Zip-
71101

71101-312292